UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>             Plaintiff,<br><br>   v.<br><br>R. DIZON, et al.,<br><br>             Defendants. | Case No.: 1:17-cv-01627 BAM (PC)<br><br>ORDER TRANSFERRING ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA |

      Plaintiff Tony Blackman, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2017, Plaintiff filed a complaint, (ECF No. 1) and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

      Plaintiff sues prison officials employed at the Richard J. Donovan Correctional Facility in San Diego, California. Plaintiff appears to allege that he was a victim of a hate crime and other violations occurred against his rights while he was housed at that institution.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in this district. The claim arose in San Diego County, which is in the Southern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Southern District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

For the foregoing reasons, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California. The Court makes no ruling on Plaintiff's pending application to proceed *in forma paueris*.

IT IS SO ORDERED.

Dated: **December 8, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE